**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs. CASE NO. 8:04-CR-490-T-17-TBM

ELIAS ABUSAID
_____/

## ORDER

This cause comes before the Court on the defendant's motion for a new trial (Docket No. 197) and response thereto (Docket No. 199). The Court finds the response of the government persuasive and incorporates the response herein. Accordingly, it is.

**ORDERED** that defendant's motion for new trial (Docket No. 197) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 10th day of December, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record