**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                CASE NO. 8:04-CR-490-T-17-TBM

ELIAS ABUSAID
_____/

### ORDER

This cause comes before the Court on the defendant's motion for reduction of sentence (Docket No. 206) and response thereto (Docket No. 209).  The Court finds the response of the government persuasive and incorporates the response herein.  Accordingly, it is.

**ORDERED** that defendant's motion for a reduction of sentence (Docket No. 206) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 24th day of January, 2008.



Copies furnished to: All Counsel of Record